## HENRY B. BREVOORT *versus* LAURENT DUROCHER

JOURNAL ENTRIES (1819–26): *Journal 2:* (1) Continued *p. 677. *Journal 3:* (2) Continued *p. 73; (3) continued *p. 328; (4) settled *p. 386; (5) continued *p. 439; (6) continued *p. 487; (7) continued *p. 500. *Journal 4:* (8) Continued MS p. 13; (9) stricken from docket MS p. 94.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) transcript of county court record; (4–5) precipes for subpoenas; (6) subpoena.

*Office Docket*, MS. p. 76, c. 10. (Case 25 of 1820)